IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| Jamie C. Miller | : | Case No.: 14-61963 |
| Debtor | : | Judge Russ Kendig |

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and Debtor(s) have completed all payments under the Chapter 13 Plan:

**Part 1: Mortgage Information**

Creditor Name: **US Bank Trust NA**
Court Proof of Claim number: **006A**
Last 4 digits of any number used to identify account: **6257/arrears**
Property Address: **10980 Lisbon St. E**

**Part 2: Cure Amount**

Total cure disbursements made by Trustee:

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $12,975.22 |
| **b.** | Prepetition arrearage paid by Trustee: | **(b) $12,975.22** |
| c. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $0.00 |
| d. | Amount of post-petition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by Trustee: | **(d) $0.00** |
| e. | Allowed post-petition arrearage: | (e) $0.00 |
| **f.** | Post-petition arrearage paid by Trustee: | **(f) $0.00** |
| | | |
| g. | **TOTAL.** Add lines b, d, and f. | (g) $12,975.22 |

**Part 3: Post-petition Mortgage payment**

X     Mortgage is paid through Trustee.
      Current monthly mortgage payment: **$847.52**
      Next post-petition payment is due on: **February 2020**

      Mortgage is paid directly by Debtor(s).

**Part 4: A Response is Required by Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), Creditor must file and serve on Debtor(s), their Counsel, and Trustee, within 21 days after service of this notice, a statement indicating whether Creditor agrees that Debtor(s) have paid in full the amount required to cure the default and stating whether Debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject Creditor to further action of the Court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by Trustee is attached to copies of this notice sent to Debtor(s) and Creditor.

      /s/ Dynele L. Schinker-Kuharich
      Dynele L. Schinker-Kuharich (0069389)
      Chapter 13 Trustee
      A. Michelle Jackson Limas (0074750)
      Staff Counsel to the Chapter 13 Trustee
      200 Market Avenue North, Ste. 30
      Canton, OH 44702
      Telephone: 330.455.2222
      Facsimile: 330.754.6133
      Email: DLSK@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, a true and correct copy of the Notice of Final Cure Payment was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- Anne Piero Silagy, Esq., Counsel for Jamie C. Miller, at asilagylawfirm@neo.rr.com

and by regular U.S. mail, postage prepaid, upon:

Jamie C. Miller, Debtor
10980 Lisbon Street
Louisville, OH 44641

US Bank Trust, NA, Creditor
c/o BSI Financial Services, Inc.
1425 Greenway Drive, Ste. 400
Irving, TX 75038

US Bank Trust, NA, Creditor
c/o BSI Financial Services, Inc.
PO Box 679002
Dallas, TX 75267-9002

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 006 | 1 | 01.02.2020 | 20_01 | US BANK TRUST NA | System Disbursement | 824341 | 847.52 | 847.52 | 0.00 |
| Cleared: | | | | | Posted: 01.02.2020 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 11.27.2019 | 19_11 | US BANK TRUST NA | System Disbursement | 822453 | 847.52 | 847.52 | 0.00 |
| Cleared: 12.06.2019 | | | | | Posted: 11.27.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 10.31.2019 | 19_10 | US BANK TRUST NA | System Disbursement | 820822 | 847.52 | 847.52 | 0.00 |
| Cleared: 11.12.2019 | | | | | Posted: 10.31.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 09.30.2019 | 19_09 | US BANK TRUST NA | System Disbursement | 819230 | 809.39 | 809.39 | 0.00 |
| Cleared: 10.09.2019 | | | | | Posted: 09.30.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 08.30.2019 | 19_08 | US BANK TRUST NA | System Disbursement | 817447 | 809.39 | 809.39 | 0.00 |
| Cleared: 09.06.2019 | | | | | Posted: 08.30.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 07.31.2019 | 19_07 | US BANK TRUST NA | System Disbursement | 815742 | 809.39 | 809.39 | 0.00 |
| Cleared: 08.08.2019 | | | | | Posted: 07.31.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 06.28.2019 | 19_06 | US BANK TRUST NA | System Disbursement | 814039 | 809.39 | 809.39 | 0.00 |
| Cleared: 07.03.2019 | | | | | Posted: 06.28.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 05.31.2019 | 19_05 | US BANK TRUST NA | System Disbursement | 812423 | 809.39 | 809.39 | 0.00 |
| Cleared: 06.05.2019 | | | | | Posted: 05.31.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 04.30.2019 | 19_04 | US BANK TRUST NA | System Disbursement | 810451 | 809.39 | 809.39 | 0.00 |
| Cleared: 05.08.2019 | | | | | Posted: 04.30.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 03.29.2019 | 19_03 | US BANK TRUST NA | System Disbursement | 808771 | 809.39 | 809.39 | 0.00 |
| Cleared: 04.04.2019 | | | | | Posted: 03.29.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 02.28.2019 | 19_02 | US BANK TRUST NA | System Disbursement | 807089 | 809.39 | 809.39 | 0.00 |
| Cleared: 03.07.2019 | | | | | Posted: 02.28.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 01.31.2019 | 19_01 | US BANK TRUST NA | System Disbursement | 805523 | 809.39 | 809.39 | 0.00 |
| Cleared: 02.06.2019 | | | | | Posted: 01.31.2019 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 12.31.2018 | 18_12 | US BANK TRUST NA | System Disbursement | 803994 | 809.39 | 809.39 | 0.00 |
| Cleared: 01.11.2019 | | | | | Posted: 12.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 11.30.2018 | 18_11 | US BANK TRUST NA | System Disbursement | 802522 | 809.39 | 809.39 | 0.00 |
| Cleared: 12.06.2018 | | | | | Posted: 11.30.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 10.31.2018 | 18_10 | US BANK TRUST NA | System Disbursement | 801097 | 809.39 | 809.39 | 0.00 |
| Cleared: 11.09.2018 | | | | | Posted: 10.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 09.28.2018 | 18_09 | US BANK TRUST NA | System Disbursement | 769582 | 809.39 | 809.39 | 0.00 |
| Cleared: 10.04.2018 | | | | | Posted: 09.28.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 006 | 1 | 08.31.2018 | 18_08 | US BANK TRUST NA | System Disbursement | 768254 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 09.06.2018 | | Posted: 08.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 07.31.2018 | 18_07 | US BANK TRUST NA | System Disbursement | 766693 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 08.09.2018 | | Posted: 07.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 06.29.2018 | 18_06 | US BANK TRUST NA | System Disbursement | 765304 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 07.09.2018 | | Posted: 06.29.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 05.31.2018 | 18_05 | US BANK TRUST NA | System Disbursement | 763984 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 06.06.2018 | | Posted: 05.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 04.30.2018 | 18_04 | US BANK TRUST NA | System Disbursement | 762472 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 05.07.2018 | | Posted: 04.30.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 03.29.2018 | 18_03 | US BANK TRUST NA | System Disbursement | 761054 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 04.04.2018 | | Posted: 03.29.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 02.28.2018 | 18_02 | US BANK TRUST NA | System Disbursement | 759608 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 03.07.2018 | | Posted: 02.28.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 01.31.2018 | 18_01 | US BANK TRUST NA | System Disbursement | 758274 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 02.09.2018 | | Posted: 01.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 12.29.2017 | 17_12 | BSI FINANCIAL SERVICES INC | System Disbursement | 756148 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 01.05.2018 | | Posted: 12.29.2017 PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 2 | 006 | 1 | 11.30.2017 | 17_11 | NATIONSTAR MORTGAGE LLC | System Disbursement | 755755 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 12.11.2017 | | Posted: 11.30.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 10.31.2017 | 17_10 | NATIONSTAR MORTGAGE LLC | System Disbursement | 754236 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 11.14.2017 | | Posted: 10.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 09.29.2017 | 17_09 | NATIONSTAR MORTGAGE LLC | System Disbursement | 752616 | 809.39 | 809.39 | 0.00 |
| | | | Cleared: 10.06.2017 | | Posted: 09.29.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 08.31.2017 | 17_08 | NATIONSTAR MORTGAGE LLC | System Disbursement | 751143 | 743.49 | 743.49 | 0.00 |
| | | | Cleared: 09.13.2017 | | Posted: 08.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 07.31.2017 | 17_07 | NATIONSTAR MORTGAGE LLC | System Disbursement | 749575 | 743.49 | 743.49 | 0.00 |
| | | | Cleared: 08.09.2017 | | Posted: 07.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 06.30.2017 | 17_06 | NATIONSTAR MORTGAGE LLC | System Disbursement | 748016 | 743.49 | 743.49 | 0.00 |
| | | | Cleared: 07.11.2017 | | Posted: 06.30.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 05.31.2017 | 17_05 | NATIONSTAR MORTGAGE LLC | System Disbursement | 746409 | 769.19 | 769.19 | 0.00 |
| | | | Cleared: 06.13.2017 | | Posted: 05.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |

14-61963-rk Doc 73 FILED 01/13/20 ENTERED 01/13/20 09:59:14 Page 5 of

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 006 | 1 | 04.28.2017 | 17_04 | NATIONSTAR MORTGAGE LLC | System Disbursement | 744904 | 769.19 | 769.19 | 0.00 |
| Cleared: 05.08.2017 | | | Posted: 04.28.2017 | | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 03.31.2017 | 17_03 | NATIONSTAR MORTGAGE LLC | System Disbursement | 743375 | 769.19 | 769.19 | 0.00 |
| Cleared: 04.12.2017 | | | Posted: 03.31.2017 | | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 02.28.2017 | 17_02 | NATIONSTAR MORTGAGE LLC | System Disbursement | 741739 | 769.19 | 769.19 | 0.00 |
| Cleared: 03.08.2017 | | | Posted: 02.28.2017 | | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 01.31.2017 | 17_01 | NATIONSTAR MORTGAGE LLC | System Disbursement | 740315 | 769.19 | 769.19 | 0.00 |
| Cleared: 02.10.2017 | | | Posted: 01.31.2017 | | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 12.30.2016 | 16_12 | NATIONSTAR MORTGAGE LLC | System Disbursement | 738822 | 769.19 | 769.19 | 0.00 |
| Cleared: 01.12.2017 | | | Posted: 12.30.2016 | | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 11.30.2016 | 16_11 | NATIONSTAR MORTGAGE LLC | System Disbursement | 737361 | 769.19 | 769.19 | 0.00 |
| Cleared: 12.09.2016 | | | Posted: 11.30.2016 | | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 10.31.2016 | 16_10 | NATIONSTAR MORTGAGE LLC | System Disbursement | 735730 | 769.19 | 769.19 | 0.00 |
| Cleared: 11.14.2016 | | | Posted: 10.31.2016 | | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 09.30.2016 | 16_09 | NATIONSTAR MORTGAGE LLC | System Disbursement | 734177 | 700.53 | 700.53 | 0.00 |
| Cleared: 10.11.2016 | | | Posted: 09.30.2016 | | PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 08.31.2016 | 16_08 | NATIONSTAR MORTGAGE LLC | System Disbursement | 732199 | 3,502.65 | 3,502.65 | 0.00 |
| Cleared: 09.12.2016 | | | Posted: 08.31.2016 | | PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 2 | 006 | 1 | 05.17.2016 | 16_05 | JPMORGAN CHASE BANK NA | Creditor Return | 1188 | (700.53) | (700.53) | 0.00 |
| Cleared: 05.17.2016 | | | Posted: 05.17.2016 | | | | | | | |
| 2 | 006 | 1 | 04.29.2016 | 16_04 | JPMORGAN CHASE BANK NA | System Disbursement | 723572 | 700.53 | 700.53 | 0.00 |
| Cleared: 05.06.2016 | | | Posted: 04.29.2016 | | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 03.31.2016 | 16_03 | JPMORGAN CHASE BANK NA | System Disbursement | 720955 | 700.53 | 700.53 | 0.00 |
| Cleared: 04.07.2016 | | | Posted: 03.31.2016 | | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 02.29.2016 | 16_02 | JPMORGAN CHASE BANK NA | System Disbursement | 718469 | 1,401.06 | 1,401.06 | 0.00 |
| Cleared: 03.04.2016 | | | Posted: 02.29.2016 | | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 12.30.2015 | 15_12 | JPMORGAN CHASE BANK NA | System Disbursement | 713730 | 700.53 | 700.53 | 0.00 |
| Cleared: 01.06.2016 | | | Posted: 12.30.2015 | | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 11.30.2015 | 15_11 | JPMORGAN CHASE BANK NA | System Disbursement | 710970 | 700.53 | 700.53 | 0.00 |
| Cleared: 12.04.2015 | | | Posted: 11.30.2015 | | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 10.30.2015 | 15_10 | JPMORGAN CHASE BANK NA | System Disbursement | 708577 | 613.21 | 613.21 | 0.00 |
| Cleared: 11.05.2015 | | | Posted: 10.30.2015 | | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **DISBURSEMENTS** through 01/13/2020 | CASE NUMBER 1461963 DEBTOR Miller, Jamie C. | | | | |
| 2 | 006 | 1 | 09.30.2015 | 15_09 | JPMORGAN CHASE BANK NA | System Disbursement | 705970 | 1,226.42 | 1,226.42 | 0.00 |
| | | | Cleared: 10.06.2015 | Posted: 09.30.2015 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 07.31.2015 | 15_07 | JPMORGAN CHASE BANK NA | System Disbursement | 700691 | 1,226.42 | 1,226.42 | 0.00 |
| | | | Cleared: 08.06.2015 | Posted: 07.31.2015 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 05.29.2015 | 15_05 | JPMORGAN CHASE BANK NA | System Disbursement | 695269 | 1,226.42 | 1,226.42 | 0.00 |
| | | | Cleared: 06.03.2015 | Posted: 05.29.2015 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 04.30.2015 | 15_04 | JPMORGAN CHASE BANK NA | System Disbursement | 692462 | 613.21 | 613.21 | 0.00 |
| | | | Cleared: 05.07.2015 | Posted: 04.30.2015 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 02.27.2015 | 15_02 | JPMORGAN CHASE BANK NA | System Disbursement | 686758 | 613.21 | 613.21 | 0.00 |
| | | | Cleared: 03.06.2015 | Posted: 02.27.2015 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 2 | 006 | 1 | 01.30.2015 | 15_01 | JPMORGAN CHASE BANK NA | System Disbursement | 683970 | 3,066.05 | 3,066.05 | 0.00 |
| | | | Cleared: 02.05.2015 | Posted: 01.30.2015 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |

Total Principal    47,452.07
Total Interest    0.00
Total    47,452.07

14-61963-rk Doc 73 FILED 01/13/20 ENTERED 01/13/20 09:59:14 Page 7 of

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DISBURSEMENTS | | | | | CASE NUMBER | 1461963 | | |
| | through 01/13/2020 | | | | | DEBTOR | Miller, Jamie C. | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 006A | 1 | 01.02.2020 | 20_01 | US BANK TRUST NA | System Disbursement | 824340 | 254.99 | 254.99 | 0.00 |
| Cleared: | | | | Posted: 01.02.2020 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 11.27.2019 | 19_11 | US BANK TRUST NA | System Disbursement | 822454 | 330.76 | 330.76 | 0.00 |
| Cleared: 12.12.2019 | | | | Posted: 11.27.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 10.31.2019 | 19_10 | US BANK TRUST NA | System Disbursement | 820823 | 331.18 | 331.18 | 0.00 |
| Cleared: 11.12.2019 | | | | Posted: 10.31.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 09.30.2019 | 19_09 | US BANK TRUST NA | System Disbursement | 819228 | 388.04 | 388.04 | 0.00 |
| Cleared: 10.09.2019 | | | | Posted: 09.30.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 08.30.2019 | 19_08 | US BANK TRUST NA | System Disbursement | 817446 | 388.52 | 388.52 | 0.00 |
| Cleared: 09.06.2019 | | | | Posted: 08.30.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 07.31.2019 | 19_07 | US BANK TRUST NA | System Disbursement | 815741 | 382.89 | 382.89 | 0.00 |
| Cleared: 08.08.2019 | | | | Posted: 07.31.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 06.28.2019 | 19_06 | US BANK TRUST NA | System Disbursement | 814040 | 388.34 | 388.34 | 0.00 |
| Cleared: 07.03.2019 | | | | Posted: 06.28.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 05.31.2019 | 19_05 | US BANK TRUST NA | System Disbursement | 812422 | 225.30 | 225.30 | 0.00 |
| Cleared: 06.05.2019 | | | | Posted: 05.31.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 04.30.2019 | 19_04 | US BANK TRUST NA | System Disbursement | 810450 | 219.52 | 219.52 | 0.00 |
| Cleared: 05.08.2019 | | | | Posted: 04.30.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 03.29.2019 | 19_03 | US BANK TRUST NA | System Disbursement | 808774 | 225.38 | 225.38 | 0.00 |
| Cleared: 04.04.2019 | | | | Posted: 03.29.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 02.28.2019 | 19_02 | US BANK TRUST NA | System Disbursement | 807091 | 220.07 | 220.07 | 0.00 |
| Cleared: 03.07.2019 | | | | Posted: 02.28.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 01.31.2019 | 19_01 | US BANK TRUST NA | System Disbursement | 805522 | 225.55 | 225.55 | 0.00 |
| Cleared: 02.06.2019 | | | | Posted: 01.31.2019 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 12.31.2018 | 18_12 | US BANK TRUST NA | System Disbursement | 803996 | 219.78 | 219.78 | 0.00 |
| Cleared: 01.11.2019 | | | | Posted: 12.31.2018 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 11.30.2018 | 18_11 | US BANK TRUST NA | System Disbursement | 802521 | 225.73 | 225.73 | 0.00 |
| Cleared: 12.06.2018 | | | | Posted: 11.30.2018 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 10.31.2018 | 18_10 | US BANK TRUST NA | System Disbursement | 801104 | 219.55 | 219.55 | 0.00 |
| Cleared: 11.09.2018 | | | | Posted: 10.31.2018 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 09.28.2018 | 18_09 | US BANK TRUST NA | System Disbursement | 769581 | 225.92 | 225.92 | 0.00 |
| Cleared: 10.04.2018 | | | | Posted: 09.28.2018 | c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |

14-61963-rk    Doc 73    FILED 01/13/20    ENTERED 01/13/20 09:59:14    Page 8 of

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 006A | 1 | 08.31.2018 | 18_08 | US BANK TRUST NA | System Disbursement | 768255 | 218.63 | 218.63 | 0.00 |
| | | | Cleared: 09.06.2018 | | Posted: 08.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 07.31.2018 | 18_07 | US BANK TRUST NA | System Disbursement | 766688 | 226.09 | 226.09 | 0.00 |
| | | | Cleared: 08.09.2018 | | Posted: 07.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 06.29.2018 | 18_06 | US BANK TRUST NA | System Disbursement | 765305 | 219.58 | 219.58 | 0.00 |
| | | | Cleared: 07.09.2018 | | Posted: 06.29.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 05.31.2018 | 18_05 | US BANK TRUST NA | System Disbursement | 763983 | 226.32 | 226.32 | 0.00 |
| | | | Cleared: 06.06.2018 | | Posted: 05.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 04.30.2018 | 18_04 | US BANK TRUST NA | System Disbursement | 762471 | 218.88 | 218.88 | 0.00 |
| | | | Cleared: 05.07.2018 | | Posted: 04.30.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 03.29.2018 | 18_03 | US BANK TRUST NA | System Disbursement | 761052 | 226.53 | 226.53 | 0.00 |
| | | | Cleared: 04.04.2018 | | Posted: 03.29.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 02.28.2018 | 18_02 | US BANK TRUST NA | System Disbursement | 759607 | 220.07 | 220.07 | 0.00 |
| | | | Cleared: 03.07.2018 | | Posted: 02.28.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 01.31.2018 | 18_01 | US BANK TRUST NA | System Disbursement | 758278 | 226.79 | 226.79 | 0.00 |
| | | | Cleared: 02.09.2018 | | Posted: 01.31.2018 c/o BSI FINANCIAL SERVICES INC PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 12.29.2017 | 17_12 | BSI FINANCIAL SERVICES INC | System Disbursement | 756150 | 220.35 | 220.35 | 0.00 |
| | | | Cleared: 01.05.2018 | | Posted: 12.29.2017 PO BOX 679002 DALLAS TX 75267-9002 | | | | | |
| 3 | 006A | 1 | 11.30.2017 | 17_11 | NATIONSTAR MORTGAGE LLC | System Disbursement | 755755 | 227.07 | 227.07 | 0.00 |
| | | | Cleared: 12.11.2017 | | Posted: 11.30.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 10.31.2017 | 17_10 | NATIONSTAR MORTGAGE LLC | System Disbursement | 754236 | 219.87 | 219.87 | 0.00 |
| | | | Cleared: 11.14.2017 | | Posted: 10.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 09.29.2017 | 17_09 | NATIONSTAR MORTGAGE LLC | System Disbursement | 752616 | 222.04 | 222.04 | 0.00 |
| | | | Cleared: 10.06.2017 | | Posted: 09.29.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 08.31.2017 | 17_08 | NATIONSTAR MORTGAGE LLC | System Disbursement | 751143 | 276.98 | 276.98 | 0.00 |
| | | | Cleared: 09.13.2017 | | Posted: 08.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 07.31.2017 | 17_07 | NATIONSTAR MORTGAGE LLC | System Disbursement | 749575 | 283.52 | 283.52 | 0.00 |
| | | | Cleared: 08.09.2017 | | Posted: 07.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 06.30.2017 | 17_06 | NATIONSTAR MORTGAGE LLC | System Disbursement | 748016 | 277.17 | 277.17 | 0.00 |
| | | | Cleared: 07.11.2017 | | Posted: 06.30.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 05.31.2017 | 17_05 | NATIONSTAR MORTGAGE LLC | System Disbursement | 746409 | 259.99 | 259.99 | 0.00 |
| | | | Cleared: 06.13.2017 | | Posted: 05.31.2017 ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |

**DISBURSEMENTS through 01/13/2020**

**CASE NUMBER:** 1461963
**DEBTOR:** Miller, Jamie C.

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 006A | 1 | 04.28.2017 | 17_04 | NATIONSTAR MORTGAGE LLC | System Disbursement | 744904 | 254.20 | 254.20 | 0.00 |
| | | | Cleared: 05.08.2017 | Posted: 04.28.2017 | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 03.31.2017 | 17_03 | NATIONSTAR MORTGAGE LLC | System Disbursement | 743375 | 260.35 | 260.35 | 0.00 |
| | | | Cleared: 04.12.2017 | Posted: 03.31.2017 | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 02.28.2017 | 17_02 | NATIONSTAR MORTGAGE LLC | System Disbursement | 741739 | 255.97 | 255.97 | 0.00 |
| | | | Cleared: 03.08.2017 | Posted: 02.28.2017 | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 01.31.2017 | 17_01 | NATIONSTAR MORTGAGE LLC | System Disbursement | 740315 | 260.76 | 260.76 | 0.00 |
| | | | Cleared: 02.10.2017 | Posted: 01.31.2017 | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 12.30.2016 | 16_12 | NATIONSTAR MORTGAGE LLC | System Disbursement | 738822 | 256.29 | 256.29 | 0.00 |
| | | | Cleared: 01.12.2017 | Posted: 12.30.2016 | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 11.30.2016 | 16_11 | NATIONSTAR MORTGAGE LLC | System Disbursement | 737361 | 261.14 | 261.14 | 0.00 |
| | | | Cleared: 12.09.2016 | Posted: 11.30.2016 | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 10.31.2016 | 16_10 | NATIONSTAR MORTGAGE LLC | System Disbursement | 735730 | 257.14 | 257.14 | 0.00 |
| | | | Cleared: 11.14.2016 | Posted: 10.31.2016 | ATTENTION: BANKRUPTCY DEPA PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 09.30.2016 | 16_09 | NATIONSTAR MORTGAGE LLC | System Disbursement | 734177 | 308.52 | 308.52 | 0.00 |
| | | | Cleared: 10.11.2016 | Posted: 09.30.2016 | PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 08.31.2016 | 16_08 | NATIONSTAR MORTGAGE LLC | System Disbursement | 732199 | 819.77 | 819.77 | 0.00 |
| | | | Cleared: 09.12.2016 | Posted: 08.31.2016 | PO BOX 619094 DALLAS TX 75261-9741 | | | | | |
| 3 | 006A | 1 | 06.20.2016 | 16_06 | JPMORGAN CHASE BANK NA | Creditor Return | 1662 | (337.15) | (337.15) | 0.00 |
| | | | Cleared: 06.20.2016 | Posted: 06.20.2016 | | | | | | |
| 3 | 006A | 1 | 05.31.2016 | 16_05 | JPMORGAN CHASE BANK NA | System Disbursement | 726081 | 337.15 | 337.15 | 0.00 |
| | | | Cleared: 06.06.2016 | Posted: 05.31.2016 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 3 | 006A | 1 | 05.17.2016 | 16_05 | JPMORGAN CHASE BANK NA | Creditor Return | 1189 | (177.10) | (177.10) | 0.00 |
| | | | Cleared: 05.17.2016 | Posted: 05.17.2016 | | | | | | |
| 3 | 006A | 1 | 04.29.2016 | 16_04 | JPMORGAN CHASE BANK NA | System Disbursement | 723572 | 177.10 | 177.10 | 0.00 |
| | | | Cleared: 05.06.2016 | Posted: 04.29.2016 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 3 | 006A | 1 | 03.31.2016 | 16_03 | JPMORGAN CHASE BANK NA | System Disbursement | 720955 | 163.92 | 163.92 | 0.00 |
| | | | Cleared: 04.07.2016 | Posted: 03.31.2016 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 3 | 006A | 1 | 02.29.2016 | 16_02 | JPMORGAN CHASE BANK NA | System Disbursement | 718469 | 350.25 | 350.25 | 0.00 |
| | | | Cleared: 03.04.2016 | Posted: 02.29.2016 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |
| 3 | 006A | 1 | 12.30.2015 | 15_12 | JPMORGAN CHASE BANK NA | System Disbursement | 713730 | 177.61 | 177.61 | 0.00 |
| | | | Cleared: 01.06.2016 | Posted: 12.30.2015 | 3415 VISION DR OH4-7142 COLUMBUS OH 43219- | | | | | |

Date Printed   01/13/2020        Ref Number = 3        Page 3 of 4

14-61963-rk  Doc 73  FILED 01/13/20  ENTERED 01/13/20 09:59:14  Page 10 of

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 006A | 1 | 11.30.2015 | 15_11 | JPMORGAN CHASE BANK NA | System Disbursement | 710970 | 177.75 | 177.75 | 0.00 |
| Cleared: 12.04.2015 | | | Posted: 11.30.2015 | | 3415 VISION DR  OH4-7142 COLUMBUS OH 43219- | | | | | |
| 3 | 006A | 1 | 10.30.2015 | 15_10 | JPMORGAN CHASE BANK NA | System Disbursement | 708577 | 82.17 | 82.17 | 0.00 |
| Cleared: 11.05.2015 | | | Posted: 10.30.2015 | | 3415 VISION DR  OH4-7142 COLUMBUS OH 43219- | | | | | |
| 3 | 006A | 1 | 02.27.2015 | 15_02 | JPMORGAN CHASE BANK NA | System Disbursement | 686758 | 128.28 | 128.28 | 0.00 |
| Cleared: 03.06.2015 | | | Posted: 02.27.2015 | | 3415 VISION DR  OH4-7142 COLUMBUS OH 43219- | | | | | |
| 3 | 006A | 1 | 01.30.2015 | 15_01 | JPMORGAN CHASE BANK NA | System Disbursement | 683970 | 719.70 | 719.70 | 0.00 |
| Cleared: 02.05.2015 | | | Posted: 01.30.2015 | | 3415 VISION DR  OH4-7142 COLUMBUS OH 43219- | | | | | |

| | |
|---|---|
| Total Principal | 12,975.22 |
| Total Interest | 0.00 |
| Total | 12,975.22 |